IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BUCKNUTS, LLC,

        Plaintiff,

        vs.                              Case No. 3:06cv260

CITADEL PARTNERS, LLC., et al.       JUDGE WALTER HERBERT RICE

        Defendants.

---

DECISION AND ENTRY OVERRULING DEFENDANTS' MOTION TO DISMISS (DOC. #9)

---

The captioned Motion is overruled, given the presence of potential factual issues, without prejudice to renewal in the form of a properly documented Motion for Summary Judgment, after the close of discovery, when the factual issues or lack of same may be thoroughly reviewed.  A telephone conference call will be set to establish a trial date and other dates leading to the resolution of this litigation.

                                      /s/ Walter Herbert Rice

September 30, 2007                WALTER HERBERT RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record